Brian A. Ertz (ISB No. 9960)
Eileen R. Johnson (ISB No. 9935)
ERTZ JOHNSON, LLP
P.O. Box 665
Boise, Idaho 83701
T: (208) 918-1663
F: (208) 416-6665
E: brian@ertzjohnson.com
　eileen@ertzjohnson.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MARCELLA MILLER and SARAH MILLER**, | Case No. 1:20-cv-340 |
| Plaintiffs, | **IN FORMA PAUPERIS APPLICATION FOR** |
| v. | **PLAINTIFF SARAH MILLER** |
| **KENSINGTON APARTMENTS, LLC** *d.b.a* **KENSINGTON APARTMENTS AT NORTH POINTE; HAWKINS COMPANIES, LLC; BACH HOMES, LLC; and JOHN AND JANE DOES I-XX, whose identities are unknown**, | |
| Defendants. | |

　　I request that the Court allow me to proceed in forma pauperis in this action because I am unable to pay the filing fee at the time of filing as a result of my poverty. I swear or affirm, under penalty of perjury, that the following information is true and correct to the best of my knowledge.

In Forma Pauperis Application (nonprisoner) - 1

# AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1,158.25 | $0 | $1,298.00 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $275.00 | $0 | $275.00 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $17.40 | $0 | $16.00 | $0 |
| Other (specify): _____ | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $1450.65 | $0 | $1589.00 | $0 |

2. List your employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Home Helpers | 106 W Main ST. STE E, Middleton ID 83644 | 12/10/2018 - Now | 1,298.00 |
| Auld Investment | 702 W hays ST Boise ID 83702 | 2/2008 - 7/2008 | 200.00 |

In Forma Pauperis Application (nonprisoner) - 2

3. List your spouse's employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $_____.
Below, state any money you and your spouse have in bank accounts or other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| ICCU | Checking | $ -399.00 | $ 0 |
| ICCU | Saving | $ 25.00 | $ 0 |
| | | $ | $ |

5. List the assets (with values) that you own or your spouse owns. *(Do not list clothing and ordinary household furnishings.)*

**Home** ( Address and Value)  **Other real estate** (Address and Value)  **Motor vehicle #1** (Value)

Make: _____
Year: _____
Model: _____

**Motor vehicle #2** (Value)   **Other assets** (item and value)   **Other assets** (item and value)

Make: _____
Year: _____
Model: _____

6. Does anyone owe you or your spouse money? State the person's name and the amount owed.  No

In Forma Pauperis Application (nonprisoner) - 3

7. On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $460.50 | $0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $50.00 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | $100.00 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry-cleaning | $20.00 | $0 |
| Medical and dental expenses | $0 | $0 |
| Transportation (not including motor vehicle payments) | $0 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | $75.00 | $0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $0 | $0 |
|     Homeowner's or renter's | $0 | $0 |
|     Life | $0 | $0 |
|     Health | $0 | $0 |
|     Motor Vehicle | $0 | $0 |
|     Other: | $0 | $0 |
| Taxes (not deducted from wages or included in Mortgage payments) (specify):_____ | $0 | $0 |
| Car payment (creditor)_____ | $0 | $0 |
| Credit card (name):_____ | $0 | $0 |
| Credit card (name):_____ | $0 | $0 |
| Department store (name):_____ | $0 | $0 |
| Other:_____ | $0 | $0 |
| Alimony, maintenance, and support paid to others | $0 | $0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $0 |
| Other (specify):_____ | $0 | $0 |
| Total monthly expenses: | $705.50 | $0 |

In Forma Pauperis Application (nonprisoner) - 4

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Marcella Miller | Mother | 56 |
|  |  |  |
|  |  |  |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Yes  (No)   (circle one)

   If yes, describe: _____

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form?  Yes (No)  (circle one)   If yes, how much? $_____

If yes, state the attorney's or person's name, address, and telephone number:

_____
_____
_____

11. Provide any other information that will help explain why you cannot pay the filing fee. If you live with someone who is not your spouse, explain how much they contribute.

_____
_____
_____

12. Age: 32    Years of schooling: 7yr.

   I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (*See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

   Executed this 15th day of ___June___, 20 20.

                                          *Sarah Miller*
                                          Plaintiff

In Forma Pauperis Application (nonprisoner) - 5