Brian A. Ertz, ISB No. 9960
Eileen R. Johnson, ISB No. 9935
ERTZ JOHNSON LLP
brian@ertzjohnson.com
eileen@ertzjohnson.com
P.O. Box 665
Boise, Idaho 83701
(208) 779-2929 (Telephone)
(208) 416-6665 (Fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| **MARCELLA MILLER and SARAH MILLER**, | ) ) ) | Case No. 1:20-cv-340-BRW |
|  | ) |  |
| Plaintiffs, | ) ) | **STATUS REPORT RE: SERVICE OF PROCESS** |
| v. | ) ) |  |
| **KENSINGTON APARTMENTS, LLC *d.b.a* KENSINGTON APARTMENTS AT NORTH POINTE; BACH INVESTMENTS, LLC; and JOHN AND JANE DOES I-XX, whose identities are unknown**, | ) ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) ) |  |

COME NOW Plaintiffs Marcella Miller and Sarah Miller, by and through their counsel of record, Eileen R. Johnson and Brian A. Ertz of Ertz Johnson, LLP, and submit this status report to the Court regarding service of the summons and complaint in this matter, pursuant to District of Idaho Local Rule Civ. 4.1. The *Complaint and Demand for Jury Trial* (ECF Dkt. No. 1) was filed on July 20, 2020, and was accompanied by Plaintiffs' *Motions to proceed in Forma Pauperis* (ECF

**STATUS REPORT RE: SERVICE OF PROCESS**                               Page 1

Dkt Nos. 3 and 4).  The Court denied the motions and the Court Clerk received the Plaintiffs' filing fee on August 31, 2020.

On September 14, 2020, pursuant to Fed. R. Civ. P. 4(d), Plaintiffs sent by certified mail to each of the three original named Defendants a *Notice of a Lawsuit* and *Request to Waive Service of Summons* in accordance with the requirements of that Rule.  Plaintiffs received the Return Receipts for each of the three certified mailings indicating receipt of the packets by Defendants prior to September 25, 2020.

Plaintiffs filed their *First Amended Complaint and Demand for Jury Trial* (ECF Dkt. No. 7) on September 29, 2020 to dismiss Hawkins Companies, LLC from the lawsuit.  Plaintiffs will send by certified mail the *First Amended Complaint and Demand for Jury Trial* to the remaining Defendants in accordance with the requirements of Fed. R. Civ. P. 4(d) on or before Friday, October 2, 2020.

DATED this 29th day of September 2020.

ERTZ JOHNSON, LLP

**/S/ Eileen R. Johnson**
Eileen R. Johnson
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of September 2020 I filed the foregoing document electronically through the CM/ECF system.

**/s/ Eileen R. Johnson_____**
Eileen R. Johnson
*Counsel for Plaintiffs*

**STATUS REPORT RE: SERVICE OF PROCESS**                    Page 3