Eileen R. Johnson (ISB No. 9935)
Brian A. Ertz  (ISB No. 9960)
ERTZ JOHNSON, LLP
P.O. Box 665
Boise, Idaho 83701
T:  208-779-2929
F:  208-416-6665
E:  Brian@ertzjohnson.com
    Eileen@ertzjohnson.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **MARCELLA MILLER** and **SARAH MILLER**, | Case No. 1:20-cv-340-BRW |
| Plaintiffs, | **STIPULATION TO AMEND FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| **KENSINGTON APARTMENTS, LLC** *d.b.a* **KENSINGTON APARTMENTS AT NORTH POINTE**; **BACH INVESTMENTS, LLC**; and **JOHN AND JANE DOES I-XX**, whose identities are unknown, | |
| Defendants. | |

COME NOW, the above captioned parties, pursuant to Federal Rule of Civil Procedure 15(a)(2), and hereby stipulate and agree that Plaintiffs may file their *Second Amended Complaint and Demand for Jury Trial* for the purpose of correcting the name of the Defendant party incorrectly identified and named as Bach Investments, LLC, and correct the names of Defendant's employees as non-parties to lawsuit.

STIPULATION TO AMEND FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL
1

DATED: December 6, 2020

                ERTZ JOHNSON, LLP

                */s/ Eileen Johnson*
                Eileen R. Johnson
                *Attorneys for Plaintiffs*


DATED: December 3, 2020

                HAWLEY TROXELL ENNIS & HAWLEY, LLP

                */s/ Carsten A. Peterson*
                Carsten Peterson
                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 6th day of December 2020 I filed the foregoing document electronically through the CM/ECF system and the following party was served with a copy.

Carsten Peterson
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, Idaho 83701-1617
Email: cpeterson@hawleytroxell.com

*Counsel for Defendants*

                                          /s/ Eileen R. Johnson
                                          Eileen R. Johnson